UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Peter J. Wirs | : | Chapter 13 |
| Debtor | : | |
| | | |
| Hon. Peter J. Wirs, Trustee of the | : | Case No: 19-10093 - AMC |
| Lincoln Charitable Trust *ex rel.* | : | |
| Democratic National Committee and all | : | |
| other Beneficiaries; | : | |
| *Petitioner* | : | |
| v. | : | |
| | : | |
| Republican National Committee; | : | |
| *Respondent* | : | |
| | : | |

**PRAECIPE**

*per the Court's instruction*

NOW COMES the Debtor who respectfully files the accompanying medical notation from Debtor's physician that Debtor is terminally ill. The medical notation is a Uniform Letter of Medical Necessity which is the common means to verify a medical condition.

Dated: February 5, 2019

Respectfully, etc.

/s/ Peter J. Wirs
Hon. Peter J. Wirs
Trustee
Lincoln Charitable Trust
POB 1776
Philadelphia, PA 19105
717-584-1776
Trustee@LincolnCharitableTrust.org
PJWirs@PeterJWirs.com

FILED
FEB - 5 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK