IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>　　**Peter J. Wirs**<br>　　　　Debtor | :<br>:<br>:<br>: | Chapter 7<br>Converted from Chapter 13<br>Case No: 19-10093 - AMC |

**PRAECIPE**

*To the Clerk of the Court*

Please withdraw Proposed Order (ECF No. 54) and replace it with the Revised Proposed Order (ECF No. 67) both relating to the pending Motion to Confirm Arbitration Award (ECF No. 41).

Thank you.

Dated: May 7, 2019

Respectfully, etc.

Hon. Peter J. Wirs
Trustee
Lincoln Charitable Trust
Independence Square, 600 Chestnut Street
POB 1776
Philadelphia, PA 19105
717-584-1776
Trustee@LincolnCharitableTrust.org
PJWirs@PeterJWirs.com

FILED
MAY - 7 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK