**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 7** |
| **PETER JOHN WIRS** | : | |
| Debtor(s) | : | Bky. No. 19-10093-AMC |

# O R D E R

**AND NOW**, the Debtor having filed a *Pro Se Motion to Reopen Case Pursuant to 11 U.S.C. 350 (b)* ("the Motion"),

**AND**, the Debtor having failed to pay the administrative reopening fee,

**AND**, a hearing having been scheduled on the Motion for **July 29, 2020**,

**AND**, no party having appeared at the hearing,

It is hereby **ORDERED** that the Motion is **DISMISSED** for lack of prosecution.

Date: July 29, 2020

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**